In the Matter of MILDRED ROGERS BOYLAN, an Incompetent Person.* — Order dated May 17, 1932, modified by reducing the allowance of $5,000 to $2,500, and as so modified affirmed, with costs. Order dated June 2, 1932, affirmed, with costs. Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ., concur.

ALEX TYKWINSKI, Respondent, v. BUFF & BUFF, INC., and Others, Appellants. — Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ    [144 Misc. 438.]

HARRY GOODROW, Respondent, v. NEW YORK AMERICAN, INC., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. DROHAN, Appellant.— Judgment of the County Court of Rensselaer county and the order of the Special Term, Supreme Court, denying writ of habeas corpus, unanimously affirmed. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

CLARENCE D. STOTT, Respondent, v. BEAVERWYCK MOTOR CO., INC., and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

FRED S. DUFF, Appellant, v. THOMAS LOVEJOY and Another, Respondents.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of ANGELO GRASSO, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

In the Matter of the Application of ANTHONY L. GRACZYK, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

In the Matter of the Application of EDWARD S. KEARNEY, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

In the Matter of the Application of EBER BURGEY, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

* Affd., 262 N. Y. ——.